UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

ARI WEITZNER, M.D., P.C., Individually and on Behalf :
of All Others Similarly Situated.
                                                    :
                         Plaintiff,                 :
                                                    :
    -against-                                       :
                                                    :
MICRO-MED, INC.,                                    :
                                                    :
                         Defendant.                 X
-----------------------------------------------------------------

05 CV 2530 (ARR)

NOT FOR ELECTRONIC
OR PRINT
PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

Plaintiff filed a complaint in this putative class action on May 24, 2005, invoking the court's diversity jurisdiction and alleging violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227(b)(1)(C), and the applicable regulation, 47 C.F.R. § 64.1200(a)(3). By exchange of letters, the parties indicated to the court that two cases currently pending before the Second Circuit raise the question whether federal courts have diversity jurisdiction over TCPA actions. Judge Glasser's decision in Gottlieb v. Carnival Corp., 367 F.Supp.2d 301 (E.D.N.Y. 2005), is before the Court of Appeals under docket number 05-2733 and may be argued as early as October of this year. Chief Judge Korman also recently certified an interlocutory appeal in Saporito v. Vision Lab Telecommunications, Inc., No. 05 Civ. 1007 (ERK) (E.D.N.Y. July 8, 2005), so that the Court of Appeals could decide whether federal courts have diversity jurisdiction to hear TCPA claims. In light of these pending appeals that

present a controlling question of law, the court hereby stays the instant proceedings until the Second Circuit has issued its decision in Gottlieb.

SO ORDERED.

/s/ Allyne R. Ross
Allyne R. Ross
United States District Judge

Dated: August 16, 2005
Brooklyn, New York

SERVICE LIST:

<pre>
Attorney for Plaintiff
Todd C. Bank
Law Office of Todd C. Bank
119-40 Union Pike
Fourth Floor
Kew Gardens, NY 11415

Attorney for Defendant
Marc J. Goldstein
Hodgson Russ LLP
152 West 57 Street
New York, NY 10019
</pre>