TODD C. BANK
Attorney at Law
119-40 Union Turnpike
Fourth Floor
Kew Gardens, New York 11415
Telephone: (718) 520-7125
Facsimile: (718) 261-2482

February 3, 2006

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Attn: Hon. Allyne M. Ross

    Re:     **Ari Weitzner, M.D., P.C., *et al.* v. Micro-Med, Inc.**
                **Docket No. 05 CV 2530 (AMR)**

Dear Judge Ross:

       I represent the plaintiff in the above-captioned matter.

       Today the Second Circuit Court of Appeals, in *Gottieb v. Carnival Corp.*, --- F.3d ----, 2006 WL 257103 (2d Cir. Feb. 3, 2006), held that TCPA claims are subject to diversity jurisdiction. Therefore, Plaintiff respectfully requests that this Court's stay of the above-referenced matter be lifted.

Very truly yours,

*/s/ Todd C. Bank*
Todd C. Bank

TCB/bd

cc: Marc J. Goldstein, Esq.

---

*Handwritten annotation:* Application granted. Accordingly, the court lifts the stay ordered on August 16, 2005. SO ORDERED. February 8, 2006. Allyne R. Ross, USDJ. cc: counsel, Magistrate Judge Go