UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ARI WEITZNER, M.D., P.C., et al.                                05 CV 2530 (ARR)

                 Plaintiffs,                                NOT FOR ELECTRONIC
                                                                OR PRINT
  -against-                                                    PUBLICATION

MICRO-MED, INC.,                                                ORDER

                 Defendant.
------------------------------------------------------------- X
ROSS, United States District Judge:

      On February 10, 2006, counsel for defendant Micro-Med, Inc. filed a letter with the court, requesting a pre-motion conference to discuss his client's intention to file a motion to dismiss for lack of subject matter jurisdiction. Plaintiffs' counsel filed a letter in response rejecting defendant's argument that plaintiffs' cannot proceed as a class action and, therefore, cannot meet the amount in controversy requirement for diversity jurisdiction under 28 U.S.C. § 1332(d). In lieu of conducting a pre-motion conference, the court orders the following briefing schedule: Defendant must serve its motion to dismiss and supporting papers on or before March 17, 2006; plaintiffs must serve their opposition papers on or before April 7, 2006; and defendant must serve its reply, if any, on or before April 14, 2006.

      SO ORDERED.

                                             Allyne R. Ross
                                             United States District Judge

Dated: February 24, 2006
       Brooklyn, New York

1

SERVICE LIST:

<u>Counsel for Plaintiffs</u>
Todd C. Bank
Law Office of Todd C. Bank
119-40 Union Turnpike
Fourth Floor
Kew Gardens, NY 11415


<u>Counsel for Defendant</u>
Marc J. Goldstein
Hodgson Russ LLP
152 West 57 Street
New York, NY 10019